UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ST. MARTINUS UNIVERSITY, N.V.,

        Plaintiff,                             JUDGMENT
                                                 21 CV 1888 (DG) (CLP)
  -against-

SMU LLC, a Delaware limited liability company, and
JOHN VINCENT SCALIA,

        Defendants.
----------------------------------------------------------------X

An Order of the Honorable Diane Gujarati, United States District Judge, having been filed on July 17, 2023, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated March 9, 2023, granting Defendant Scalia's Motion to Dismiss, ECF No. 24; and dismissing Plaintiff's Complaint, ECF No. 1, with prejudice; it is

       ORDERED and ADJUDGED that Defendant Scalia's Motion to Dismiss, ECF No. 24, is GRANTED and Plaintiff's Complaint, ECF No. 1, is DISMISSED with prejudice.

Dated:  Brooklyn, New York                             Brenna B. Mahoney
         July 20, 2023                                     Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk